| | |
|---|---|
| 1 | DOUGLAS I. HORNGRAD |
|   | Attorney at Law |
| 2 | California State Bar No. 95086 |
|   | 1736 Stockton Street |
| 3 | Maybeck Building Four |
|   | San Francisco, California 94133 |
| 4 | Telephone: (415) 397-9509 |
|   | Facsimile: (415) 397-9519 |
| 5 | |
|   | Attorney for Defendant |
| 6 | SIEU MY TRAN |

**FILED**

MAR 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SIEU MY TRAN,

    Defendant.
_____/

Case Number CR 3:11-cr-00462 RS

**STIPULATION AND [~~PROPOSED~~]
ORDER RE TRAVEL**

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that defendant Sieu My Tran be allowed to travel to Seattle, Washington, commencing Wednesday, March 28, 2012, and returning Monday April 2, 2012. Pretrial Services Officer Amaryllis Gonzalez has informed counsel for Ms. Tran that Pretrial Service does not object

//
//
//
//
//
//
//
//

1  to this request. Ms. Tran's itinerary has been provided to Pretrial Services.

3  Date: 3/26/12                              /s/ Douglas Horngrad
4                                             DOUGLAS I. HORNGRAD
                                              Attorney for SIEU MY TRAN

7  Date: 3/26/12                              /s/ With Consent
                                              ROBIN L. HARRIS
8                                             Assistant United States Attorney

[~~PROP~~OSED] ORDER

Per the parties' stipulation, SIEU MY TRAN is authorized to travel to Seattle, Washington, commencing Wednesday, March 28, 2012, and returning Monday April 2, 2012.

Date: 3/27/2012                               _____
                                              NATHANAEL M. COUSINS
                                              UNITED STATES MAGISTRATE JUDGE