1 DOUGLAS I. HORNGRAD
Attorney at Law
2 California State Bar No. 95086
1736 Stockton Street
3 Maybeck Building Four
San Francisco, California 94133
4 Telephone: (415) 397-9509
Facsimile: (415) 397-9519
5
Attorney for Defendant
6 SIEU MY TRAN

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      Case Number CR 3:11-cr-00462 RS

12         Plaintiff,
                                       **STIPULATION AND [PROPOSED]**
13      v.                                  **ORDER RESETTING COURT**
                                        **APPEARANCE**
14 SIEU MY TRAN,

15         Defendant.
     _____/
16

17      THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that Ms.

18 Tran's current court date of May 14, 2013, be vacated and reset to June 25, 2013, at 2:30

19 p.m. Counsel were contacted by the Court's clerk in order to move the May 14, 2013 date

20 to accommodate the Court. Counsel have discussed possible new dates and given their

21 respective schedules the next date that is available is June 25, 2013. Counsel for Ms. Tran

22 has contacted Trevor Lilian, the Probation Officer assigned to Ms. Tran's case and he

23 informs that he is available for the proposed June 25, 2013 date. Therefore, it is respectfully

24 //

25 //

26 //

27 //

28 //

1  requested that the matter be continued to June 25, 2013, at 2:30 p.m.

3  Date: 3/19/13                               /s/ Douglas Horngrad
                                               DOUGLAS I. HORNGRAD
                                               Attorney for SIEU M. TRAN

6  Date: 3/19/13                               /s/ With Consent
                                               ROBIN L. HARRIS
                                               Assistant United States Attorney

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Date: 3/19/13                                  _____
                                               **HON. RICHARD SEEBORG**
                                               **UNITED STATES DISTRICT JUDGE**